# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VICTORIA E. PICKENS,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>      Defendant. | Case No. CIV-07-225-RAW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 9, 2008, Magistrate Judge West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this   29th   day of September, 2008.

                                            **HONORABLE RONALD A. WHITE**
                                            **UNITED STATES DISTRICT JUDGE**
                                            **EASTERN DISTRICT OF OKLAHOMA**